**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

|  |  |  |
|---|---|---|
| **JOHN HARDY** | * |  |
|  | * | JAN 1 7 2002 |
| **Plaintiff,** | * |  |
|  | * |  |
| **v.** | * | **Civil Action No. 01 CV 3804** |
|  | * |  |
| **COUNTRYWIDE HOME LOANS, INC.** | * |  |
|  | * |  |
| **Defendant.** | * |  |
|  | * |  |

*********************************************************************

## CONSENT ORDER FOR EXTENSION OF TIME TO FILE
## RESPONSIVE PLEADING

1.    Defendant Countrywide Home Loans, Inc. removed the above-captioned civil action to this Court from the Circuit Court of Frederick County, Maryland on December 10, 2001.

2.    The Parties are engaged in ongoing settlement negotiations aimed at resolving this matter without the need for additional proceedings.

3.    To that end, the Parties filed a consent order with this Court for an extension of time to allow Countrywide to file a response to Plaintiff's complaint on or before January 11, 2002.  That  order was signed on December 17, 2002.

4.    In light of the likelihood that this civil action will settle by mutual agreement, the Parties have agreed and consented that Defendant Countrywide Home Loans, Inc. shall be granted an extension of time to file a responsive pleading through and including January 25, 2002.

5.    Undersigned counsel for both parties have executed this Consent Order to indicate their consent and agreement to the relief granted herein.



WHEREFORE, based on the agreement and consent of the Parties and the entire record herein, it is, this ___14th___ day of ~~December 2001~~ January 2002 hereby:

ORDERED, that Defendant Countrywide Home Loans, Inc. shall file a responsive pleading to the Complaint in the above-captioned civil action on or before January 11, 2002.

SO ORDERED.


_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND


Seen and Agreed:

_____
Scott C. Borison, Esq.
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, Maryland  21703
301.620.1016 (phone)
301.620.1018 (fax.)


_____
William C. Poling Jr.
Fed. Bar No. 012736
Stephen R. Smith
Fed. Bar No. 024856
POWELL, GOLDSTEIN, FRAZER & MURPHY LLP
1001 Pennsylvania Avenue, NW
Sixth Floor
Washington, D.C.  20004
202.347.0066 (phone)
202.624.7222 (fax.)